# THE BAYARD FIRM
### A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(Fax) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4261
maugustine@bayardfirm.com

October 14, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

Re:   *In re NationsRent, Inc., et al.*
       Case No. 01-11628

Dear Judge Jordan:

Pursuant to Your Honor's instructions at the hearing held on Tuesday, October 11, 2005, in the above-referenced cases, and subsequent instruction from Chambers, enclosed please find for Your Honor's consideration a proposed Scheduling Order regarding the adversary proceedings that the NationsRent Unsecured Creditors' Liquidating Trust presently anticipates proceeding to trial.

As always, I am available should the Court have any questions or concerns.

Respectfully Submitted,

Mary E. Augustine

MEA

Enclosure

cc: Susan Ericksen, Esquire (via facsimile)

File No. 30882-1

604732v1