UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NationsRent, Inc. et al.,<br><br>        Debtors.<br>_____ | Case Nos. 01-11628 through<br>01-11639(PJW)<br>Jointly administered<br>Chapter 11 |
| NationsRent Unsecured Creditor's<br>Liquidating Trust, Perry Mandarino,<br>Not Personally, but as Trustee,<br><br>        Plaintiff,<br>v.<br><br>ASAP Equipment Rental and Sales,<br><br>        Defendant.<br>_____ | <br><br><br><br><br><br><br>04-CV-716 (KAJ) |

**INITIAL DISCLOSURES OF ASAP EQUIPMENT RENTAL AND SALES
PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL
<u>PROCEDURE GOVERNING INITIAL DISCLOSURES</u>**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant, ASAP Equipment Rental and Sales, by and through its undersigned counsel, hereby provides the following information:

      1.      The name and, if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, identifying the subjects of the information.

      **RESPONSE:**      **Mike Mullins
ASAP Equipment Rental & Sales
5377 McIntosh Road
Sarasota, FL  34233**

      Mr. Mullins should only be contacted through counsel.

2. A copy of, or a description by category and location of all documents, data compilations, and tangible things in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses.

**RESPONSE:** Bill of repairs and sales and/or invoices regarding same. Copies located in the possession and control of either counsel for Defendant and/or ASAP Equipment Rental and Sales at the location set forth above in Paragraph One above. Defendant reserves the right to supplement this response as its investigation progresses.

3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

N/A

4. A copy of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

N/A

Dated: November 1, 2005
Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Judy M. Jones
Judy M. Jones, Esquire (No. 3521)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)

*Attorneys for ASAP Equipment*