IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., ET AL.,<br><br>    Debtors.<br>_____ | Case No. 01-11628 – 01-11639(PJW)<br>Jointly administered<br>Chapter 11 |
| NATIONSRENT UNSECURED CREDITORS' LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE<br><br>    Plaintiff,<br><br>v.<br><br>ASAP EQUIPMENT RENTAL AND SALES<br><br>    Defendant.<br>_____ | District Court Case No. 04-CV-716 (KAJ) |

## NOTICE OF SERVICE

I, Judy M. Jones, Esquire, hereby certify that on February 15, 2006, I caused copies of the attached Defendant's Combined (1) First Request for Admission, (II) First Request for Production of Documents, and (III) First Set of Interrogatories Directed to Plaintiff to be served on the following parties in the manner indicated:

**BY HAND DELIVERY**
Neil B.Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Susan Ericksen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Dated: February 15, 2006

CROSS & SIMON, LLC

By: /s/ Judy Jones
    Judy M. Jones (No. 3521)
    Richard H. Cross, Jr. (No. 3576)
    913 N. Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    302-777-4200
    302-777-4224 (fax)
    Attorneys for Defendant, ASAP Rental and Sales