## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 17th day of July, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Amy Evans, Esquire
*Cross & Simon LLC*
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899

_____
Mary E. Augustine (No. 4477)

624273v1